1010

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY CRAWFORD, Appellant.

Submitted November 10, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY T. GUERIN, Appellant.

Submitted November 3, 2014; decided November 18, 2014

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN JOHN, Appellant.

Submitted November 17, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.